# United States District Court
## *Southern District of Georgia*

Mary N. Dantzler

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-62

Georgia Ports Authority

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated January 10, 2019, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court. Judgment is hereby entered dismissing Plaintiff's claims. This action stands closed.

January 10, 2019
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk